UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cr-20105-DPG

**UNITED STATES OF AMERICA**

v.

**DOUGLAS ARNOLDO CHAVEZ,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report"), [ECF No. 44], regarding Defendant's Motion to Suppress (the "Motion"), [ECF No. 28]. The matter was referred to Chief Magistrate Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on the instant motion. [ECF No. 29]. On November 3, 2022, Judge Torres issued his report recommending that Defendant's Motion be denied. [ECF No. 44]. Defendant filed timely objections to the Report. [ECF No. 48]. On April 13, 2023, during a hearing on the Motion and objections to the Report, the Court ordered the parties to file supplemental briefs regarding the sufficiency of non-verbal consent to searches. The parties timely filed their respective briefs. [ECF Nos. 63; 64].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Having conducted a *de novo* review of the record and having considered the *Spivey*[1] factors, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that, based the totality of the circumstances, Defendant Douglas Chavez's consent was voluntary.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 44], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendant's Motion to Suppress, [ECF No. 28], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. Spivey*, 861 F.3d 1207, 1213 (11th Cir. 2017); *see also* [ECF No. 44 at 12].